```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 1 2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LUIS E. BONANO,

                         Plaintiff,

                         ORDER

        -against-

                         20 Civ. 1994 (GBD)

RYDER TRUCK RENTAL LTD et al.,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

       The June 2, 2020 conference is adjourned to August 18, 2020 at 9:30 a.m.

Dated: New York, New York
       June 1, 2020

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge