UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
LUIS E. BONANO,

                        Plaintiff,

    -against-

RAAB & LEVIT, INC. and JOHN DOE, *intended name of the unidentified truck driver*,

                       Defendants.
------------------------------------- x

ORDER

20 Civ. 1994 (GBD)

GEORGE B. DANIELS, United States District Judge:

The August 18, 2020 conference is adjourned to September 22, 2020 at 9:30 a.m.

Dated: New York, New York
      August 17, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge