UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X

LUIS E. BONANO,

                          Plaintiff,

-against-

RAAB & LEVIT, INC. and JOHN DOE, *intended name of the unidentified truck driver*,

                         Defendants.

------------------------------------ X

ORDER

20 Civ. 1994 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on January 5, 2021 at 9:30 a.m. is hereby cancelled.

Dated: January 4, 2021
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE