**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

LUIS E. BONANO,

                        Plaintiff,

   -against-

RAAB & LEVIT, INC. and JOHN DOE, *intended name of the unidentified truck driver*,

                     Defendants.

------------------------------------ x

ORDER

20 Civ. 1994 (GBD)

GEORGE B. DANIELS, District Judge:

      The initial conference scheduled to occur on April 6, 2021 is hereby adjourned to April 27, 2021 at 9:45 a.m.

Dated: April 1, 2021
       New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE